| | |
|---|---|
| Dennis F. Dunne, Esq.   (*pro hac vice* pending) | Tyler P. Brown, Esq.     (VSB No. 28072) |
| Andrew M. Leblanc, Esq. (*pro hac vice* pending) | Justin F. Paget, Esq.     (VSB No. 77949) |
| Michael W. Price, Esq.   (*pro hac vice* pending) | Jennifer E. Wuebker, Esq. (VSB No. 91184) |
| Lauren C. Doyle, Esq.    (*pro hac vice* pending) | **HUNTON ANDREWS KURTH LLP** |
| **MILBANK LLP** | Riverfront Plaza, East Tower |
| 55 Hudson Yards | 951 East Byrd Street |
| New York, New York 10001 | Richmond, Virginia 23219 |
| Telephone:    (212) 530-5000 | Telephone:    (804) 788-8200 |
| Facsimile:    (212) 530-5219 | Facsimile:    (804) 788-8218 |

Thomas R. Kreller, Esq.   (*pro hac vice* pending)
**MILBANK LLP**
2029 Century Park East
33rd Floor
Los Angeles, California 90067
Telephone:    (424) 386-4000
Facsimile:    (213) 629-5063

*Proposed Co-Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GUITAR CENTER, INC., | ) | Case No. 20-34656 (KRH) |
| Debtor. | ) | |
| Tax I.D. No. 95-4600862 | ) | |
| In re: | ) | Chapter 11 |
| GUITAR CENTER HOLDINGS, INC., | ) | Case No. 20-34657 (___) |
| Debtor. | ) | |
| Tax I.D. No. 26-0843262 | ) | |
| In re: | ) | Chapter 11 |
| GUITAR CENTER STORES, INC., | ) | Case No. 20-34658 (___) |
| Debtor. | ) | |
| Tax I.D. No. 95-4774340 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GTRC SERVICES, INC., | ) | Case No. 20-34659 (___) |
| Debtor. | ) | |
| Tax I.D. No. 27-4709503 | ) | |
| In re: | ) | Chapter 11 |
| GC BUSINESS SOLUTIONS, INC., | ) | Case No. 20-34660 (___) |
| Debtor. | ) | |
| Tax I.D. No. 82-3553928 | ) | |
| In re: | ) | Chapter 11 |
| GUITAR CENTER GIFT CARD COMPANY, LLC, | ) | Case No. 20-34655 (___) |
| Debtor. | ) | |
| Tax I.D. No. 26-4463370 | ) | |
| In re: | ) | Chapter 11 |
| MUSIC & ARTS INSTRUCTOR SERVICES, LLC, | ) | Case No. 20-34661 (___) |
| Debtor. | ) | |
| Tax I.D. No. 47-5057811 | ) | |
| In re: | ) | Chapter 11 |
| AVDG, LLC, | ) | Case No. 20-34662 (___) |
| Debtor. | ) | |
| Tax I.D. No. 82-3554440 | ) | |

**ORDER: (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES; AND (II) GRANTING RELATED RELIEF**

2

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order: (a) directing the joint administration of the Debtors' cases for procedural purposes only; and (b) granting certain related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion and the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984; and this Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the relief sought in the Motion were appropriate under the circumstances and that no other or further notice need be provided; and this Court having heard the statements in support of the relief requested in the Motion at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted in this order; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth in this order (the "Order").

13. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-34656 (KRH).

14. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GUITAR CENTER, INC. *et al.*,[1] | ) ) | Case No. 20-34656 (KRH) |
| Debtors. | ) ) ) | Jointly Administered |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Guitar Center Holdings, Inc. (3262); Guitar Center, Inc. (0862); Guitar Center Stores, Inc. (4340); GTRC Services, Inc. (9503); GC Business Solutions, Inc. (3928); Guitar Center Gift Card Company, LLC (3370); Music & Arts Instructor Services, LLC (7811); and AVDG, LLC (4440). The Debtors' service address is 5795 Lindero Canyon Rd., Westlake Village, CA 91362.

15. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

16. A docket entry, substantially similar to the following, shall be entered on the docket of each Debtor's case other than the case of Guitar Center, Inc., to reflect the joint administration of these cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration for procedural purposes only of the chapter 11 cases of: Guitar Center Holdings, Inc. (3262); Guitar Center, Inc. (0862); Guitar Center Stores, Inc. (4340); GTRC Services, Inc. (9503); GC Business Solutions, Inc. (3928); Guitar Center Gift Card Company, LLC (3370); Music & Arts Instructor Services, LLC (7811); and AVDG, LLC (4440). The docket in Case No. 20-34656 (KRH) should be consulted for all matters affecting any of the Debtors.

17. The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these cases.

18. The Debtors are authorized to file the monthly operating reports required by the *Operating Guidelines and Reporting Requirements of the United States Trustee for Chapter 11 Debtors in Possession and Chapter 11 Trustees issued by the Office of the United States Trustee*

*for the Eastern District of Virginia* on a consolidated basis, but the Debtors shall set forth disbursements on a debtor-by-debtor basis in each such operating report.

19. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of these cases, and this Order shall be without prejudice to the rights of the Debtors or any other party in interest to seek or oppose substantive consolidation of these cases.

20. Notice of the Motion as provided therein shall be deemed sufficient and no further notice need be given.

21. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of points and authorities in connection with the Motion is waived.

22. The Debtors are authorized to take all actions that are necessary or appropriate to effectuate the relief granted in this Order.

23. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
Richmond, Virginia

Nov 23 2020

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Nov 23 2020

WE ASK FOR THIS:

*/s/ Jennifer E. Wuebker*
  Tyler P. Brown, Esq.     (VSB No. 28072)
  Justin F. Paget, Esq.      (VSB No. 77949)
  Jennifer E. Wuebker, Esq. (VSB No. 91184)
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
  Telephone:    (804) 788-8200
  Facsimile:     (804) 788-8218

- and -

  Dennis F. Dunne, Esq.    (*pro hac vice* pending)
  Andrew M. Leblanc, Esq. (*pro hac vice* pending)
  Michael W. Price, Esq.    (*pro hac vice* pending)
  Lauren C. Doyle, Esq.     (*pro hac vice* pending)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
  Telephone:    (212) 530-5000
  Facsimile:     (212) 530-5219

Thomas R. Kreller, Esq. (*pro hac vice* pending)
**MILBANK LLP**
2029 Century Park East
33rd Floor
Los Angeles, California 90067
  Telephone:    (424) 386-4000
  Facsimile:     (213) 629-5063

*Proposed Co-Counsel for Debtors and Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                */s/ Jennifer E. Wuebker*